**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**PERRY LEE JACKSON, JR.
ADC #90614**                                                                                              **PLAINTIFF**

**v.**            **CASE NO. 5:12CV00005 BSM/HDY**

**MARKEDA WASHINGTON, Correctional Officer,
Cummins Unit, Arkansas Department of Correction**            **DEFENDANT**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young [Doc. No. 25] have been reviewed. No objections have been filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.    Plaintiff's complaint [Doc. No. 2] is dismissed without prejudice for failure to respond to the court's order, failure to comply with Local Rule 5.5(c)(2), and for failure to prosecute.

2.    It is certified, pursuant to 28 U.S.C. § 1915(a)(3) than an *in forma pauperis* appeal would be frivolous and would not be taken in good faith.

An appropriate judgment shall accompany this order.

Dated this 4th day of December 2012.

_____
UNITED STATES DISTRICT JUDGE